UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; JANELLE LOPEZ; and DOES 1 through 50,<br><br>          Defendants. | No. 2:17-cv-00995-MCE-DB<br><br>**ORDER** |

Defendant State Farm Mutual Automobile Insurance Co. moves to dismiss Defendant Janelle Lopez for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). ECF No. 3. In response, Plaintiff Dameron Hospital Association filed a Statement of Non-Opposition. ECF No. 5. In light of that statement of non-opposition and the fact that Plaintiff's complaint contains no allegations against Lopez aside from identifying her, Defendant's Motion to Dismiss, ECF No. 3, is GRANTED.

///
///
///
///

1

Defendant Janelle Lopez is dismissed from the case without prejudice, leaving Defendant State Farm Mutual Automobile Insurance Co. as the sole named defendant.

IT IS SO ORDERED.

Dated: June 29, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE