HATTON, PETRIE & STACKLER APC
Attorneys at Law
12 Journey, Suite 255
Aliso Viejo, CA 92656
Telephone: (949) 474-4222

**GREGORY M. HATTON, CAL. BAR NO. 119810**
**JOHN A. McMAHON, CAL. BAR NO. 237261**

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al. <br><br> Defendants. | No. 2:17-CV-00995-MCE-DB <br><br> **ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Assigned to Hon. Morrison C. England, Jr., Courtroom 7, Fourteenth Floor |

- 1 -

## ORDER

Based on the stipulation of the parties and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above referenced case is DISMISSED with prejudice in its entirety and without an award of costs or fees to any party. This dismissal is based on a settlement and release agreement reached between the parties hereto.

IT IS SO ORDERED.

**Dated: March 22, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE